USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LAURITZEN BULKERS A/S,

            Plaintiff,               13 Civ. 3982 (WHP)

    -against-                   ORDER

JIT INTERNATIONAL CORP. LTD. *et ano*.

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       For the reasons stated on the record on August 9, 2013 and in this Court's August 9, 2013 order this Court vacates its June 12, 2013 Maritime Attachment Order. The Clerk of the Court is directed to mark this case closed.

Dated: August 13, 2013
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record*:

James H. Power
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
*Counsel for Plaintiff*

Armand M. Pare , Jr
Nourse & Bowles, LLP
One Exchange Plaza
New York, NY 10006
*Counsel for Defendant*

Alexander John Willscher
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
*Counsel for Garnishee HSBC Bank USA, N.A.*